**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| A&A INTERNATIONAL APPAREL, INC., | Case No. CV 15-644-GW(AGRx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ALL ACTIONS AND CROSS-ACTIONS WITH PREJUDICE** |
| v. | |
| YAN NA "ANNA" XU, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that all Actions and Related Cross-Actions in the above-entitled matter are hereby dismissed in full with prejudice by all parties hereto.

IT IS SO ORDERED.

Dated: April 19, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE